IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00369-BR

**Eliseo Alonso-Miranda, et al.,**

    Plaintiffs

v.     **Order**

**Cirila Garcia-Pineda, et al.,**

    Defendants.

This matter comes before the undersigned on the parties' joint motion to extend discovery and scheduling deadlines. D.E. 49 For good cause shown, the motion is GRANTED. The January 25, 2018 Scheduling Order (D.E. 38) is amended as follows:

1. Discovery shall be completed on or before October 31, 2018.

2. Dispositive motions shall be filed on or before December 15, 2018.

All other deadlines set forth in the scheduling order remain unchanged.

Dated: August 8, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge