# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| ELISEO ALONSO-MIRANDA, et al., )<br>Plaintiffs ) | |
| )<br>)<br>v. )<br>) | CASE NO: 5:17-cv-00369-BR |
| )<br>)<br>CIRILA GARCIA-PINEDA, et. al., )<br>Defendants ) | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO ENLARGE ALL REMAINING DISCOVERY AND SCHEDULED DEADLINES AND FOR LEAVE TO AMEND THE SCHEDULING ORDER

On this day came the Court considering Plaintiffs' and Defendants' Joint Motion for Leave to Enlarge All Remaining Discovery and Scheduled Deadlines and for Leave to Amend the Scheduling Order. The Court, after due consideration, finds Plaintiffs and Defendants demonstrated good cause for their requested extensions and modifications, and is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, that this Motion be and the same is hereby GRANTED, and the deadlines established by the Scheduling Order entered August 18, 2018 at Docket Entry No. 50 are altered as follows:

   a. Discovery must be completed by: December 31, 2018;

   b. Dispositive Motions will be filed by: February 15, 2019;

   c. Joint Pretrial order is due: To be set by Court at later date;

   d. Docket Call and final pretrial conference: To be set by Court at later date; and

e.  Jury selection and final pretrial conference:  To be set by Court at later date.

Dated:  October 29, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge