IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:17-cv-00369-BR

| | |
|---|---|
| ELISEO ALONSO-MIRANDA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| CIRILA GARCIA-PINEDA, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED that this action be and hereby is dismissed with prejudice. The Court will retain jurisdiction over matters arising from enforcement of the Settlement Agreement previously jointly filed by the parties at ECF Doc. No. 56-3.

    This 5 June 2019.

 

_____
W. Earl Britt
Senior U.S. District Judge